Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**JUDGE MORAN**

**MAGISTRATE JUDGE NOLAN**

| Name of Assigned Judge or Magistrate Judge | 08CR 0129 | Sitting Judge if Other Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 02 GJ 1717 | DATE | FEBRUARY 13, 2008 |
| CASE TITLE | US v. WILLIAM BROWNELL | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Marcia Valdez_

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**RECEIVED**

FEB 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

| | | Number of notices | DOCKET# |
|---|---|---|---|
| No notices required, advised in open court. | | Date docketed | |
| No notices required. | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | |
| Notified counsel by telephone. | | Date mailed notice | |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | |