# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 129 - 1 | **DATE** | 2/27/2008 |
| **CASE TITLE** |  | USA vs. WILLIAM BROWNELL | |

**DOCKET ENTRY TEXT**

Detention hearing held as to William Brownell. Defendant is ordered released on a $4,500 OR Bond. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 2/27/2008 and ending on 4/8/2008. (X-T)

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|