**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                             Case No.: 1:08−cr−00129
                                   Honorable James B. Moran

William Brownell
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 9, 2008:

    MINUTE entry before Judge Honorable James B. Moran as to William Brownell: Status hearing set for 5/8/2008 is stricken and reset to 6/25/2008 at 09:15 AM. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 5/8/2008 and ending on 6/25/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.